**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEGRA MICHELLE FROMBY,<br><br>        Plaintiff,<br><br>  v.<br><br>QUALITY LOAN SERVICE CORPORATION, et al.,<br><br>        Defendants. | Case No. EDCV 12-00340 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>April 10, 2012</u>

                                      */s/ Virginia A. Phillips*
                                      VIRGINIA A. PHILLIPS
                                    United States District Judge