**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEGRA MICHELLE FROMBY, ) | Case No. EDCV 12-00340 VAP (SPx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| QUALITY LOAN SERVICE ) CORPORATION, et al., ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 10, 2012

VIRGINIA A. PHILLIPS
United States District Judge